**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 12-1903**

───────────

RAYMOND S. BURNS, JR.,

        Plaintiff - Appellant,

    v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

        Defendant - Appellee,

    and

COMMONWEALTH OF VIRGINIA; NORTHERN VIRGINIA TRANSPORTATION
COMMISSION; NORTHERN VIRGINIA TRANSPORTATION AUTHORITY;
VIRGINIA DEPARTMENT OF TRANSPORTATION,

        Defendants.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Senior
District Judge. (1:12-cv-00123-CMH-TRJ)

───────────

Submitted: December 21, 2012    Decided: January 7, 2013

───────────

Before AGEE, DAVIS, and WYNN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kevin M. Leach, TURBITT, O'HERRON & LEACH, PLLC, Burke,
Virginia, for Appellant. Nicholas S. Nunzio, Jr., Associate
General Counsel, Carol B. O'Keeffe, General Counsel, Gerard J.
Stief, Senior Associate General Counsel, Washington, DC, for

Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond S. Burns, Jr. appeals the district court's order granting the Washington Metropolitan Area Transit Authority's motion for summary judgment on his negligence complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Burns v. Wash. Metro. Area Transit Auth., No. 1:12-cv-00123-CMH-TRJ (E.D. Va. July 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED